FILED
CLERK, U.S. DISTRICT COURT
8/20/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: E.C.   DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2025 Grand Jury

| UNITED STATES OF AMERICA, | No. 2:25-cr-00692-MEMF |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 372: Conspiracy to Impede a Federal Officer] |
| ADRIAN ANDREW MARTINEZ, | |
| Defendant. | |

The Grand Jury charges:

[18 U.S.C. § 372]

On or about June 17, 2025, in Los Angeles County, within the Central District of California, defendant ADRIAN ANDREW MARTINEZ did knowingly and willfully conspire and agree with persons known and unknown to the Grand Jury to prevent by force, intimidation, and threats, officers and employees of the Department of Homeland Security ("DHS"), which includes the United States Border Patrol ("USBP") and Immigration and Customs Enforcement ("ICE"), from discharging the duties of their offices at a public commercial shopping center in Pico Rivera, in violation of Title 18, United States Code, Section 372.

In furtherance of the conspiracy and to effect the illegal objects thereof, MARTINEZ and one or more of the conspirators performed the following overt acts in the Central District of California, including but not limited to the following:

a. While federal agents were arresting a person believed to be a foreign national illegally present in the United States, MARTINEZ was driving nearby. MARTINEZ stopped his vehicle, exited it, and confronted the USBP agents.

b. A crowd of several other individuals also stopped their vehicles and parked near the agents, partially blocking the lanes in the parking lot as the agents attempted to leave the area with the arrestee.

c. The hostile crowd collectively honked at the agents from their cars and shouted at them. The crowd, in vehicles and on foot, collectively surrounded the agents, physically blocking them from being able to leave the area.

d. One of these vehicles was the one driven by MARTINEZ, who positioned his vehicle to block the agents' vehicle.

e. MARTINEZ left his vehicle on foot and positioned himself with the crowd to surround the agents' vehicle and prevent it from leaving the area.

  f. MARTINEZ grabbed a large trash can and moved it in front of the agents' vehicle, blocking the agents' vehicle from being able to pass through a relatively narrow path created by two other vehicles belonging to members of the crowd.

            A TRUE BILL

            /s/
            Foreperson

BILAL A. ESSAYLI
Acting United States Attorney

*[signature]*

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

ALEXANDER P. ROBBINS
Assistant United States Attorney
Acting Chief, Criminal Appeals Section