BILAL A. ESSAYLI
Acting United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
ALEXANDER P. ROBBINS (Cal. Bar No. 251845)
Assistant United States Attorney
Acting Chief, Criminal Appeals Section
    1000 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:    (213) 894-2400
    E-mail:        alexander.p.robbins@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>ADRIAN ANDREW MARTINEZ,<br><br><br>        Defendant. | No. 2:25-cr-692-MEMF<br><br>STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF TRIAL DATE AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT<br><br>**INDICTMENT DATE:** Aug. 20, 2025<br>**CURRENT PTC DATE:** n/a<br>**CURRENT TRIAL DATE:** October 6, 2025<br>**CURRENT STA DEADLINE:** October 30, 2025<br><br>**PROPOSED PTC DATE:** February 11, 2026<br>**PROPOSED TRIAL DATE:** February 23, 2026 |

        Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Alexander P. Robbins, and defendant ADRIAN ANDREW MARTINEZ ("defendant"), both individually and by and through his counsel of record, hereby stipulate as follows:

        1.      The Indictment in this case was filed on August 20, 2025.  Defendant first appeared before a judicial officer of the court in which the charges in this case were pending on August 21, 2025. The Speedy Trial Act, 18 U.S.C. § 3161, originally required that the trial commence on or before October 30, 2025.

2.      On August 21, 2025, the Court set a trial date of October 6, 2025, and a status conference date of September 4, 2025.

3.      Defendant is released on bond pending trial. The parties estimate that the trial in this matter will last approximately 2 days.

4.      By this stipulation, defendant moves to continue the trial date to February 23, 2026, 2026, at 8:30 a.m., and the final pre-trial conference date to February 11, 2026, at 10:00 a.m.  This is the first request for a continuance.

5.      By this stipulation, the parties also request the following briefing schedule:

a.      All pretrial motions other than motions *in limine* shall be filed by November 20, 2025.  Oppositions to such motions shall be filed by December 11, 2025.  Replies shall be filed by December 24, 2025.  All pretrial motions other than motions *in limine* shall be heard on January 8, 2026.

b.      Motions *in limine* and notices required by Rule 12, 12.1 and 12.2 shall be filed by January 14, 2026.  Oppositions to motions *in limine* shall be filed by January 28, 2026.  There shall be no replies.  The motions *in limine* will be heard at the pre-trial conference on February 11, 2026.

6.      Defendant requests the continuance based upon the following facts, which the parties believe demonstrate good cause to support the appropriate findings under the Speedy Trial Act:

a.      Defendant is charged with a violation of 18 U.S.C. § 372: Conspiracy to Impede a Federal Officer.  The government has made an initial discovery production to the defense, including two videos and various reports.

b.      Defense counsel states there is good cause as set forth in Exhibit A.  Accordingly, counsel represents that he will not have the time that he believes is necessary to prepare to try this case on the current trial date.

c.      In light of the foregoing, counsel for defendant also represents that additional time is necessary to confer with defendant, conduct and complete an independent investigation of the case, conduct and complete additional legal research including for potential pre-trial motions, review the discovery and potential evidence in the case, and prepare for trial in the event that a pretrial resolution does not occur.  Defense counsel represents that failure to grant the continuance would deny

him reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d.    Defendant believes that failure to grant the continuance will deny him continuity of counsel and adequate representation.

        e.    The government does not object to the continuance.

        f.    The requested continuance is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorney for the government or the defense, or failure on the part of the attorney for the Government to obtain available witnesses.

        7.    For purposes of computing the date under the Speedy Trial Act by which defendant's trial must commence, the parties agree that the time period from the date of this filing to February 23, 2026, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i) and (h)(7)(B)(iv) because the delay results from a continuance granted by the Court at defendant's request, without government objection, on the basis of the Court's finding that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        8.    In addition, the parties agree that the time period of November 20, 2025, to January 8, 2026, inclusive, should be excluded pursuant to 18 U.S.C. § 3161(h)(1)(D), because it constitutes a delay resulting from a pretrial motion, from the filing of the motion through the prompt resolution of the motion.

//

//

//

9.     Nothing in this stipulation shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods be excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO STIPULATED.

Dated: September 12, 2025                    Respectfully submitted,


                                            /s/ Alexander P. Robbins
                                            _____
                                            ALEXANDER P. ROBBINS
                                            Assistant United States Attorney

                                            Attorneys for Plaintiff
                                            UNITED STATES OF AMERICA


Dated: September 12, 2025

                                            *Christopher Miller*
                                            _____
                                            CHRISTOPHER S. MILLER
                                            Attorney for Defendant
                                            ADRIAN ANDREW MARTINEZ

4

Doc ID: e14b0d2da0cafb01061c6ef6fe5ec4b0b7bcf8bd

I am ADRIAN ANDREW MARTINEZ's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than February 23, 2026, is an informed and voluntary one.

*Christopher Miller*
_____
CHRISTOPHER MILLER
GARRETT R. MILLER
Attorneys for Defendant
ADRIAN ANDREW MARTINEZ

09 / 12 / 2025
_____
Date

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than February 23, 2026.  I understand that I will be ordered to appear in Courtroom 8B of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California at 8:30 a.m. on February 23, 2026.

Adrian Martinez
_____
ADRIAN ANDREW MARTINEZ
Defendant

09 / 12 / 2025
_____
Date

5

Doc ID: e14b0d2da0cafb01061c6ef6fe5ec4b0b7bcf8bd

**Exhibit A**

We are requesting this continuance based on the motions we intend to file in this case. We are requesting the proposed time frame in order for us to have adequate time to research, draft, and file the motions we believe are necessary for this case. We were provided the initial discovery on 9/3/25. We have been advised that there is still outstanding discovery to be provided. Moreover, we believe that we will make certain requests for discovery moving forward based on the above motions we intend to file.