UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br><br>ADRIAN ANDREW MARTINEZ,<br><br>　　　　　　　　Defendant. | Case No.: 2:25-cr-00692-MEMF<br><br>**ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT [ECF NO. 25]**<br><br>**TRIAL DATE: February 23, 2026 at 8:30 a.m.**<br><br>**FINAL PRETRIAL CONFERENCE DATE: February 11, 2026 at 10:00 a.m.** |

　　The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on September 12, 2025. ECF No. 25. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

　　The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice;

and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from October 6, 2025 to February 23, 2026,[1] at 8:30 a.m. The Final Pretrial Conference is set for February 11, 2026 at 10:00 a.m.

2. The time period of October 6, 2025 to February 23, 2026, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv). The time period of November 20, 2025 to January 8, 2025, inclusive, should also be excluded pursuant to 18 U.S.C. § 3161(h)(1)(D), because it constitutes a delay resulting from a pretrial motion, from the filing of the motion through the prompt resolution of the motion.

3. Defendant shall appear in Courtroom 8B of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on February 23, 2026, at 8:30 a.m., for trial, and on February 11, 2026, at 10:00 a.m., for the Final Pretrial Conference.

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

5. Per the Court's Criminal Standing Order, the government shall file and email to Chambers the following pretrial documents no later than February 3, 2026:
    - Trial memorandum;
    - Witness list;
    - Exhibit list;

---

[1] The parties have selected a date on which the Court has other criminal trials scheduled. The parties are advised that this trial may need to trail behind any previously scheduled trials.

2

- Case-specific glossary for the Court Reporter;
- Joint jury instructions in the form described below;
- Joint proposed verdict form; and
- Proposed voir dire questions, if any.

6. All pretrial motions other than motions *in limine* shall be filed by November 20, 2025. Oppositions to such motions shall be filed by December 11, 2025. Replies shall be filed by December 24, 2025. These motions shall be heard on January 8, 2026.

7. Motions *in limine* and notices required by Rule 12, 12.1 and 12.2 shall be filed by January 14, 2026. Oppositions to motions *in limine* shall be filed by January 28, 2026. There shall be no replies. The motions *in limine* will be heard at the Final Pretrial Conference.

IT IS SO ORDERED.

Dated: September 15, 2025

_____

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge