UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

              Plaintiff,

    v.

ADRIAN ANDREW MARTINEZ,

              Defendant.

Case No.:  2:25-cr-00692-MEMF

**ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT [DKT. NO. 30]**

**TRIAL DATE: August 17, 2026 at 8:30 a.m.**

**FINAL PRETRIAL CONFERENCE DATE: August 5, 2026 at 10:00 a.m.**

     The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on April 3, 2026.  Dkt. No. 30.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

     The Court further finds that:  (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice;

and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1.   The trial in this matter is continued from May 11, 2026 to August 17, at 8:30 a.m.  The Final Pretrial Conference is set for Wednesday, August 5, 2026 at 10:00 a.m.

2.   The time period of May 11, 2026 to August 17, 2026, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).  The time period of May 14, 2026, to July 2, 2026, inclusive, should also be excluded pursuant to 18 U.S.C. § 3161(h)(1)(D), because it constitutes a delay resulting from a pretrial motion, from the filing of the motion through the prompt resolution of the motion.

3.   Defendant shall appear in Courtroom 8B of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on August 17, 2026, at 8:30 a.m., for trial, and on August 5, 2026, at 10:00 a.m., for the Final Pretrial Conference.

4.   Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

5.   Per the Court's Criminal Standing Order, the government shall file and email to Chambers the following pretrial documents no later than July 28, 2026:

- Trial memorandum;
- Witness list;
- Exhibit list;
- Case-specific glossary for the Court Reporter;
- Joint jury instructions in the form described below;
- Joint proposed verdict form; and

- Proposed voir dire questions, if any.

6. All pretrial motions other than motions *in limine* shall be filed by May 14, 2026. Oppositions to such motions shall be filed by June 4, 2026. Replies shall be filed by June 17, 2026. These motions shall be heard on July 2, 2026.

7. Motions *in limine* and notices required by Rule 12, 12.1 and 12.2 shall be filed by July 8, 2026. Oppositions to motions *in limine* shall be filed by July 22, 2026. There shall be no replies. The motions *in limine* will be heard at the final pretrial conference.

IT IS SO ORDERED.

Dated: April 8, 2026

_____

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge