

**FILED**
CLERK, U.S. DISTRICT COURT

September 10, 2025

**CENTRAL DISTRICT OF CALIFORNIA**
BY: *Natalie L. Calkins* DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN THE MATTER OF THE RECUSAL OF THE MAGISTRATE JUDGES OF THE CENTRAL DISTRICT OF CALIFORNIA AND GENERAL DESIGNATION OF A MAGISTRATE JUDGE FOR SERVICE IN ANOTHER DISTRICT | ORDER OF THE CHIEF JUDGE 25-127 |

### *Recusal*

In Order of the Chief Judge 25-126, it was ordered that all district judges of the United States District Court for the Central District of California shall be recused from hearing motions concerning the disqualification of Acting United States Attorney Bilal A. Essayli to avoid any appearance of bias or partiality.  For the same reason, **IT IS HEREBY ORDERED** that all magistrate judges of the United States District Court for the Central District of California shall be recused from assisting with motions relating to the disqualification of Acting United States Attorney Bilal A. Essayli.

### *General Designation of a Magistrate Judge*

Pursuant to 28 U.S.C. § 636(f), in an emergency and upon the concurrence of the chief judges of the districts involved, a United States magistrate judge may be temporarily assigned to perform any of the duties specified in subsections (a), (b), or (c) of this section in a judicial district other than the judicial district for which he or she has been appointed.  No magistrate judge shall perform any of such duties in a district to

which he or she has been temporarily assigned until an order has been issued by the chief judge of such district specifying the emergency by reason of which the magistrate judge is being transferred, the duration of his or her assignment, and the duties he or she is authorized to perform.

Due to the emergency resulting from the recusal of all the Central District of California's magistrate judges, the district certifies the need for magistrate judge assistance from the District of Hawaii.

Therefore, **IT IS HEREBY ORDERED**, with the concurrence of the Honorable Derrick Watson, Chief Judge, District of Hawaii, that the **Honorable Barry M. Kurren**, United States Magistrate Judge, District of Hawaii, is hereby designated to hold court and perform other judicial duties under 28 U.S.C. § 636, subsections (a), (b), and (c), in the Central District of California, beginning September 10, 2025 and ending on December 31, 2025.  Pursuant to this designation, Magistrate Judge Kurren shall be assigned to assist the Honorable J. Michael Seabright with motions relating to the disqualification of Acting United States Attorney Bilal A. Essayli.

DATED:  September 10, 2025

_____
DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE

2