TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER P. ROBBINS (Cal. Bar No. 251845)
Assistant United States Attorney
Deputy Chief, Criminal Appeals Section
1000 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-2400
E-mail: alexander.p.robbins@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADRIAN ANDREW MARTINEZ,<br><br>Defendant. | No. 2:25-cr-692-CAS<br><br><u>UNOPPOSED MOTION TO DISMISS INDICTMENT WITHOUT PREJUDCE PURSUANT TO RULE 48(a)</u> |

Plaintiff United States of America, by and through its counsel of record, moves pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss the indictment in the above-captioned case without prejudice, following the filing of a superseding information (Dkt. 50) charging defendant with a misdemeanor violation of 18 U.S.C. § 111(a). On November 4, 2026, defense counsel Garrett Miller stated that defendant does not oppose this motion.

//

//

The government also requests that the Court vacate the currently scheduled pretrial-conference and trial dates and that defendant remain on pretrial supervision on the same terms.

Dated: November 4, 2026

Respectfully submitted,

/s/ Alexander P. Robbins

ALEXANDER P. ROBBINS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA