FILED
CLERK, U.S. DISTRICT COURT
11/4/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: AH DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ADRIAN ANDREW MARTINEZ,

Defendant.

Case No. 2:25-cr-00692-(A)CAS

FIRST SUPERSEDING INFORMATION

[18 U.S.C. § 111(a): Assaulting, Resisting, or Impeding Federal Officers]

The United States charges:

[18 U.S.C. § 111(a)]

On or about June 17, 2025, in Los Angeles County, within the Central District of California, defendant ADRIAN ANDREW MARTINEZ forcibly resisted, opposed, impeded, and interfered with federal officers engaged in the performance of official duties,

//

with such acts constituting no more than simple assault.

TODD BLANCHE
Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

/s/ Alexander P. Robbins

ALEXANDER P. ROBBINS
Assistant United States Attorney