**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA
Plaintiff,
v.

ADRIAN ANDREW MARTINEZ,
Defendant.

Case No.: 2:25-cr-692-CAS

**ORDER DISMISSING INDICTMENT**

Pursuant to the government's unopposed motion to dismiss:

**IT IS ORDERED:**

1. The indictment in this case (Dkt. 18) is dismissed without prejudice.
2. The Court's scheduling notice (Dkt. 49) is withdrawn, and the Final Pretrial Conference date of November 13, 2026, at 10:30 AM, and the Jury Trial date of November 17, 2026, at 9:30 AM, are vacated.
3. In light of the superseding information filed on November 4, 2026 (Dkt. 51), defendant shall remain on pretrial release on the same terms and conditions previously imposed (Dkt. 3).

IT IS SO ORDERED.

Dated: Novembers 13, 2026

Christina A. Snyder

CHRISTINA A. SNYDER
United States District Judge